IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS V. RAMEY, II,

      Plaintiff,                               No. CIV S-07-2308 JAM KJM P

     vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.                 <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On December 5, 2007, plaintiff was directed to submit a completed affidavit in support of his request to proceed in forma pauperis and a certified copy of his trust account statement for the six month period prior to his filing the complaint. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant with the supporting documentation, but has not signed the application. Plaintiff will be provided the opportunity to submit a signed application to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, a signed affidavit to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

ramy2308.3+